## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD  DIVISION

**DEANGELLO DENT**                                                                        **PETITIONER**

**V.**                                                                        **NO. 3:26-cv-151-SA-RP**

**HINDS COUNTY, MS**                                                                        **RESPONDENT**

### ORDER REQUIRING PETITIONER TO SUBMIT A SIGNED PETITION ; ALSO REQUIRING PETITIONER TO EITHER PAY THE FILING FEE OR SUBMIT A MOTION TO PROCEED *IN FORMA PAUPERIS*

**DEANGELLO DENT** has submitted a a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254.  The petitioner has not, however, signed his petition.

In addition, the petitioner is required to either pay the filing fee of $5.00 or submit a proper request to proceed *in forma pauperis*.  Petitioner will be provided the opportunity to submit either the $5.00 payment of the filing fee or the proper request to proceed *in forma pauperis*.

Therefore, it is **ORDERED:**

(1) The petitioner must sign and return the enclosed *habeas corpus* petition within 21 days.

(2) That within 21 days petitioner is directed to either pay the filing fee with a money order or a check issued from his prison inmate account or fill out the attached application to proceed *in forma pauperis*, complete the authorization for release, and have the authorized officer responsible for overseeing his prison account fill out the certificate of account, and mail to the Clerk's Office.

Petitioner is warned that his failure to comply with the requirements of this order may lead to the dismissal of his petition for failure to prosecute and for failure to comply with an order of the court.

This, the 10th day of June, 2026.


/s/      Roy Percy
**UNITED STATES MAGISTRATE JUDGE**